UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

OPERATING ENGINEERS' LOCAL 324
FRINGE BENEFIT FUNDS and TRUSTEES
OF THE OPERATING ENGINEERS'
LOCAL 324 FRINGE BENEFIT FUNDS,

      Plaintiffs,                                Case No. 16-10730

v.                                                 Hon. Victoria A. Roberts

HGS CONSTRUCTION RESOURCES, LLC,
individually and conducting business under the
assumed names of HGS CONSTRUCTION GROUP
and HGS CONSTRUCTION; HOMELAND
GOVERNMENT SERVICES, LLC, individually
and conducting business under the assumed names
of HOMELAND G. SERVICES, LLC, HGS
CONSTRUCTION GROUP and HGS
CONSTRUCTION; and DARKO MARTINOVSKI,

      Defendants.
_____/

Jeffrey M. Lesser (P33298)
Attorney for Plaintiffs
39040 West Seven Mile Road
Livonia, Michigan  48152
(734) 464-3603
lesser@jeffreymlesser.com
_____/

**ORDER RESTRAINING TRANSFER OF PROPERTY OF
DEFENDANTS DARKO MARTINOVSKI, HGS CONSTRUCTION
RESOURCES, LLC AND HOMELAND GOVERNMENT SERVICES, LLC
SUPPLEMENTARY TO JUDGMENT**

      Plaintiffs having filed an Ex Parte Motion for Order Restraining Transfer of Property of Judgment Debtors Supplementary to Judgment, and relief sought in such Motion appearing appropriate due to Plaintiffs' unsatisfied judgment against Defendants,

      IT IS ORDERED that:

1. Defendants Darko Martinovski, HGS Construction Resources, LLC and Homeland Government Services, LLC, and any other person or entity with notice of this Order are restrained from transferring or otherwise disposing of any Defendant's property, money or other things in action, now held or hereafter acquired by or becoming due to any Defendant, until further order of this Court. This Order does not apply to property exempt by law from application to the satisfaction of the judgment in this action.

2. If it appears that other parties hold in their names property beneficially or equitably belonging to any Defendant, those parties shall be joined in these proceedings.

3. The October 15, 2016 Consent Judgment, January 30, 2017 Default Judgment and subsequent orders of this Court shall be satisfied out of Defendants' property, money or other things in action, liquidated or unliquidated, not exempt from execution.

S/Victoria A. Roberts
U. S. District Judge

Dated: April 3, 2017