UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

OPERATING ENGINEERS' LOCAL 324
FRINGE BENEFIT FUNDS and TRUSTEES
OF THE OPERATING ENGINEERS'
LOCAL 324 FRINGE BENEFIT FUNDS,

        Case No. 16-10730

      Plaintiffs,

v                                  Hon. Shalina D. Kumar

HGS CONSTRUCTION RESOURCES, LLC,
individually and conducting business under the
assumed names of HGS CONSTRUCTION
GROUP and HGS CONSTRUCTION; HOMELAND
GOVERNMENT SERVICES, LLC, individually
and conducting business under the assumed names
of HOMELAND G. SERVICES, LLC, HGS
CONSTRUCTION GROUP and HGS
CONSTRUCTION; and DARKO MARTINOVSKI,

      Defendants.

_____/

RENEWAL JUDGMENT ON CONSENT JUDGMENT
ENTERED OCTOBER 5, 2016 [DOC. #29] AS TO
DEFENDANT DARKO MARTINOVSKI

THIS MATTER having come on to be heard upon the Plaintiffs' Motion for

Renewal Judgment on Consent Judgment Entered October 5, 2016 [Doc. #29] as to

Defendant Darko Martinovski, and the Court having found good cause for the

granting of said Motion and for the entry of a new Judgment on the original

Judgment entered by the Honorable Victoria A. Roberts on October 5, 2016 [Doc.

#29], and the Court being otherwise fully advised in the premises,

NOW THEREFORE, upon motion of Maddin Hauser Roth & Heller, PC, attorneys for Plaintiffs,

IT IS ORDERED, ADJUDGED AND DECREED as follows:

1.      The Consent Judgment entered on October 5, 2016 in favor of Plaintiffs and against Defendant Darko Martinovski is hereby renewed and Plaintiffs are granted Renewal Judgment in the amount of $15,641.78 as of June 15, 2026; and

2.      All terms and conditions of the original Consent Judgment entered in the above case on October 5, 2016 [Doc. #29] remain in full force and effect and are incorporated herein as if fully set forth herein, with post-judgment interest to continue to accrue thereon from and after date of entry of Renewal Judgment at the applicable rate, and Plaintiffs shall have full rights of execution thereon.

DATED: July 1, 2026                          s/Shalina D. Kumar
                                             SHALINA D. KUMAR
                                             US DISTRICT COURT JUDGE